**OST**
CURT R. LEDFORD, ESQ.
NEVADA BAR #: 9101
ROBERT D. SWEETIN, ESQ.
NEVADA BAR #: 12647
DAVISON VAN CLEVE, P.C.
4675 W. Teco Ave, Suite 230
Las Vegas, Nevada 89118
Tel: (702) 600-9949
Fax: (503) 241-8160
Email: rds@dvclaw.com
Email: crl@dvclaw.com
*Attorneys for Plaintiff*
GOOD HOOD, LLC
*a Nevada limited liability company*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

GOOD HOOD, LLC, a Nevada limited liability company

    Plaintiffs,

vs.

ZAYO GROUP, a Colorado limited liability company.

    Defendants.

Case No.: 2:22-cv-00764-CDS-EJY

**PLAINTIFF'S EMERGENCY *EX PARTE* MOTION FOR ORDER SHORTENING TIME PURSUANT TO LR – IA 6-1**

    Plaintiff, Good Hood, LLC, through its attorney Robert D. Sweetin, requests this Court to grant an order Shortening Time pursuant to LR – IA 6-1. Good cause in this matter is established by the Motion for Temporary Restraining Order/Motion for Preliminary Injunction (ECF [4] & ECF [5]) filed concurrently with this request. This matter involves the trespass of private utility lines that no longer enjoy an easement, right of way, or similar possessory interest. The ongoing issues related to this case have prohibited Plaintiff from adequately developing his real property located at 201 S. Las Vegas,

Boulevard, Las Vegas, Nevada 89101 and is further described in ECF [4] & [5]. This matter must be heard on an expedited basis to preserve Plaintiff's rights and to allow for the request Plaintiff filed in its Motion for Temporary Restraining Order/Motion for Preliminary Injunction (ECF [4] & ECF [5]).

**PLAINTIFF**

/s/ Bob Sweetin

CURT R. LEDFORD, ESQ.
NEVADA BAR #: 9101
ROBERT D. SWEETIN, ESQ.
NEVADA BAR #: 12647
DAVISON VAN CLEVE, P.C.
4675 W. Teco Ave, Suite 230
Las Vegas, Nevada 89118
Tel: (702) 600-9949
Fax: (503) 241-8160
Email: rds@dvclaw.com
Email: crl@dvclaw.com
*Attorneys for Plaintiff*
GOOD HOOD, LLC
*a Nevada limited liability company*

### ORDER SHORTENING TIME

This matter having come before the Court, and good cause appearing: IT IS HEREBY ORDERED that the time for hearing on PLAINTIFF GOOD HOOD, LLC'S EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION ON AN ORDER SHORTENING TIME is set for a hearing on MAY 23, 2022, at 10:30 AM before this honorable Court

_____
UNITED STATES DISTRICT JUDGE

May 16, 2022
DATED

Submitted by:

Bob Sweetin, Esq.
Davison Van Cleve, P.C.

DATED: 13th day of May, 2022.